UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2021

United States of America,

–v–

Franklin Tomala,

        Defendant.

21-cr-367 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court will hold an initial conference and arraignment in this case on June 9, 2021, at 2:30 p.m. in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.

The Court will set a motions schedule and firm trial date at the initial conference. Counsel should confer on a motions schedule and trial date prior to the conference.

SO ORDERED.

Dated: June 4, 2021
New York, New York

                              ALISON J. NATHAN
                            United States District Judge