UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8l; l4243

United States of America,

–v–

Franklin Tomala, a/k/a "Franklin Hernandez,"

Defendant.

21-cr-367 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Consistent with the discussion during the arraignment and initial conference held today, June 9, 2021, it is ORDERED that:

1. The Government shall complete discovery within 45 days.

2. Defense motions are due September 10, 2021.  Government oppositions are due October 8, 2021.  Defense replies are due October 22, 2021.

3. A jury trial is tentatively set to begin January 24, 2022, for three days.  If jury trials are still being set through the District's centralized calendaring process at that time, the Court will request this trial date and inform the parties once the trial date is confirmed.  Otherwise, trial will proceed on that date.

4. Time is excluded under the Speedy Trial Act from today through January 24, 2022, to allow defense counsel time to investigate and prepare any pretrial motions and for the parties to prepare for trial.

SO ORDERED.

Dated: June 9, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge