**Federal Defenders**
OF NEW YORK, INC.

52 Duane S[...] 007
[...] 392

*David E. Patton*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/21

September 8, 2021

**BY ECF**
Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  **United States v. Franklin Hernandez a/k/a Tomala**
     **21 Cr. 367 (AJN)**

Dear Judge Nathan,

I write to respectfully request that the Court adjourn the motions schedules in the above-captioned case for approximately two weeks. Specifically, we ask that defense motions be due September 24, 2021, government oppositions due October 22, 2021, and replies due November 5, 2021. In addition, we ask that you postpone the deadline for the government's response to Mr. Hernandez's pending grand jury motion to October 6, 2021.

SO ORDERED.

The parties are engaged in serious plea negotiations and adjourning the motions schedules will enable us to continue those conversations without further litigation. The requested schedule adjustment will not interfere with the trial date that is tentatively scheduled for January 24, 2022.

The government, by Assistant United [...] this request.

Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Assistant Federal Defender

SO ORDERED.
*[signature]*  9/9/21
ALISON J. NATHAN, U.S.D.J.

1