
November 2, 2021

**BY ECF**
Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   **United States v. Franklin Hernandez a/k/a Tomala**
       **21 Cr. 367 (AJN)**

Dear Judge Nathan,

I write to withdraw the motion to dismiss that is pending at docket numbers 19 and 20. The parties are in the final stages of reaching a pre-trial agreement and we do not wish to pursue the motion further. The government, by Assistant United States Attorney Kevin Sullivan, consents to this request.

Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Assistant Federal Defender

SO ORDERED.

This resolves docket numbers 19 and 27.



SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
11/5/21